ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| Amwaj Al-Sahel Company ) | ASBCA No. 59640-950 |
| ) | |
| Under Contract No. W91GF5-09-P-0458 ) | |

APPEARANCE FOR THE PETITIONER:    Mr. Hatem Rateb
  Owner

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Jamal A. Rhinehardt, JA
  Trial Attorney

DISMISSAL ORDER

On 22 October 2014, the contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its claim. By letter dated 13 November 2014, government counsel informed the Board that the contracting officer issued a decision on 12 November 2014.

Accordingly, the Board dismisses this petition as moot.

Dated: 17 November 2014

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59640-950, Petition of Amwaj Al-Sahel Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals